UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 22-00433-DOC (JDEx)    Date: July 25, 2022

Title: City of Santa Ana v. Dyer 18 LLC, et al

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Matthew Funk | Elsa M. Horowitz-Klausner |

**PROCEEDINGS:** STATUS CONFERENCE
MOTION TO DISMISS [42]

Also present, several city officials and Dyer representatives.

The case is called.

Counsel makes their appeanaces and is excused to continue informal discussion.

: 02

Initials of Deputy Clerk: kdu