JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 22-00433-DOC (JDEx)                    Date: February 22, 2023

Title:  City of Santa Ana v Dyer 18 LLC, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Miriam Baird |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| John Matthew Funk | Elsa Horowintz |

**PROCEEDINGS:**        **STATUS CONFERENCE**

The case is called. The Court and counsel confer.

EX PARTE APPLICATION for Temporary Restraining Order [7] is terminated as moot by stipulation of the parties.

For reasons as stated on the record, the Court GRANTS Motion to Dismiss Case [42] with no prevailing party.

:        17

Initials of Deputy Clerk: kdu